

JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO PEREZ-RAMOS, | Case No. CV 13-9015-SJO (RNB) |
| Petitioner, | |
| vs. | JUDGMENT |
| RICHARD B. IVES, | |
| Respondent. | |

In accordance with the Order of Dismissal filed herewith,

IT IS HEREBY ADJUDGED that the Petition is dismissed for mootness.

DATED: April 19, 2014.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-21-14

DEPUTY CLERK

1